IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


HAROLD A. CALDWELL,        )
                      )
        Plaintiff,    )
                      )
    v.              )        1:11CV1146
                      )
DAVID GLENN CALLICUTT,   )
                      )
        Defendant.    )


**ORDER**

On July 2, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  (Docs. 30 and 31.)  Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 21) is **GRANTED** and that Plaintiff's complaint (Doc. 2) be, and the same is hereby, **DISMISSED** with prejudice.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of August, 2014.

_____
            United States District Judge